

April 23, 2024

**Via ECF**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

    **Re:**    *In re Insulin Pricing Litigation*, **Nos. 2:23-cv-4364 & MDL 3080**
             **Manufacturer Defendants Motion for Leave to file Reply**

Dear Judge Martinotti,

    We write in connection with the Manufacturer Defendants' April 22, 2024 request to file a one page reply in support of their motion for leave to file a Fed. R. Civ. P. 12(c) motion in the Mississippi Attorney General proceeding. The State Attorneys General do not oppose the Manufacturer Defendants' reply so long as we have an opportunity to discuss this motion for leave with the Court during our May 14, 2024 case management conference. Thank you.

                                  Respectfully submitted,

                                    Joanne M. Cicala
                                    The Cicala Law Firm PLLC

                                  W. Lawrence Deas
                                  Liston & Deas PLLC

                                  Walter G. Watkins
                                  Forman Watkins & Krutz LLP

cc:    All Counsel of Record (via ECF)